# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152816

STEVEN M. GURSTEN,
        Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

SC: 152816
AGC: 0935-14

_____/

      On order of the Court, the complaint for superintending control is considered. Because the Attorney Grievance Commission did not sufficiently communicate the basis for its decision, we DIRECT it to provide a supplemental response, within 28 days of the date of this order, in support of its decision not to initiate formal proceedings in AGC File No. 0935-14. The explanation must reference the ABA Standards for Imposing Lawyer Sanctions and address the allegations that the respondent attorney altered law firm records to indicate that files were closed, when it appears that they were not, and that the respondent attorney continued to represent those particular clients after the law firm's files were closed. The supplemental answer will be considered part of the AGC file and held confidential pursuant to MCR 9.126.

      The complaint for superintending control remains pending.

      MCCORMACK, J., did not participate because she may have independent knowledge regarding this case.

      BERNSTEIN, J., did not participate due to his prior relationship with the Sam Bernstein Law Firm.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



Clerk

a0615